App. Div.]                    First Department, April, 1928.

JENNIE BEACH GASPER, as Cotrustee with JAMES ALBERT WALES, under the Trust Deed of FREDERICK C. BEACH v. JAMES ALBERT WALES, as Cotrustee with JENNIE BEACH GASPER, under the Trust Deed of FREDERICK C. BEACH — STANLEY Y. BEACH.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DORRANCE, SULLIVAN & COMPANY v. BRIGHT STAR BATTERY COMPANY.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HYMAN RUDERFER v. AARON KUFLIK and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TOPKEN, LORING & SCHWARTZ, INC., v. JULIUS L. SCHWARTZ.— Motion granted; questions certified. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN REILLY v. HOTEL ANSONIA CORPORATION and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ELIZABETH H. STANTON v. A. B. LEACH & Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MORRIS FEINBERG v. ETHEL FEINBERG.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BENJAMIN HALPERN v. SAMUEL I. POSEN — WILLIAM ROSIN — REUBEN POSNER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GOTHAM SILK HOSIERY Co., INC., v. PHILIP REINGOLD and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Arbitration of the Claims of B. SCHWARTZ SILK Co., INC., v. JACOB GRANOWITZ and Another.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of IMPROVEMENT CONSTRUCTION Co., INC., for an Order Directing that Arbitration Provided for in Certain Agreements in Writing Entered into between the Petitioner and ACTIVE WET WASH LAUNDRY Co., INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WALTER FEDER, an Infant, etc., v. AMBASSADOR HOLDING CORPORATION and Another, Impleaded, etc. ISIDORE FEDER v. AMBASSADOR HOLDING CORPORATION and Another, Impleaded, etc.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted upon appellant Simon Gluckstern filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

J. DENNIS O'HAGAN v. SARAH A. TRACY and Another, as Executrices, etc., of FRANK M. TRACY, Deceased.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHOICE BUILDING CORPORATION v. R. O. W. REALTY CORPORATION and Others.— Motion denied, except as to the sum of $3,000, which is to be retained by the city chamberlain pending the outcome of the appeal. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.